In the Matter of JOSEPH F. DEMPSEY et al., Appellants, against RUSSELL P. KOEHLER et al., Constituting the Board of Appeals of the Town of Islip, Respondents, and BENJAMIN W. HAWKES, Intervener, Respondent.

Argued September 25, 1939; decided October 3, 1939.

*Robert H. Koehler* and *Alexander W. Kramer* for motion. *Stanley Gray Horan* and *Francis M. Verrilli* opposed. Motion denied.